```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, AZ Bar # 016370
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    PANCHO RAMIREZ BARRAZA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR-10-0092-WBS |
|                                    ) | |
|             Plaintiff,             ) | |
|                                    ) | STIPULATION AND [~~PROPOSED~~] ORDER |
|        v.                          ) | TO CONTINUE STATUS CONFERENCE |
|                                    ) | |
| PANCHO RAMIREZ BARRAZA,            ) | |
|                                    ) | Date: April 26, 2010 |
|             Defendant.             ) | Time: 8:30 a.m. |
|                                    ) | Judge: Hon. William B. Shubb |
| _____  ) | |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant PANCHO RAMIREZ BARRAZA, that the status conference of April 26, 2010 at 8:30 a.m., be vacated, and the matter be set for status conference on May 3, 2010 at 8:30 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1  IT IS STIPULATED that the period from the signing of this Order, up to
2  and including May 3, 2010, be excluded in computing the time within
3  which trial must commence under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5  of counsel.
6  Dated: April 23, 2010

                                         Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         */s/ Douglas Beevers*
                                         _____
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         PANCHO RAMIREZ BARRAZA

14  Dated: April 23, 2010

                                         BENJAMIN B. WAGNER
                                         Acting United States Attorney

                                         */s/ Michael Anderson*
                                         _____
                                   By: Michael Anderson
                                             Assistant U.S. Attorney

**ORDER**

22      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23  ordered that the status conference presently set for April 26, 2010, be
24  continued to May 3, 2010 at 8:30 a.m.  Based on the representation of
25  defense counsel and good cause appearing therefrom, the Court hereby
26  finds that the failure to grant a continuance in this case would deny
27  defendant reasonable time necessary for effective preparation, taking
28  into account the exercise of due diligence.  The Court finds that the

1 ends of justice to be served by granting a continuance outweigh the
2 best interests of the public and the defendant in a speedy trial.  It
3 is ordered that time from the date of this Order, to and including, the
4 May 3, 2010 status conference shall be excluded from computation of
5 time within which the trial of this matter must be commenced under the
6 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7 Code T-4, to allow defense counsel time to prepare.
8 Dated:  April 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE